**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| SHANE HARRINGTON and MELTECH, INC.,<br><br>          Plaintiffs,<br><br>     v.<br><br>SELECTIVE INSURANCE COMPANY OF AMERICA dba MESA UNDERWRITERS and MUNICH RE INSURANCE COMPANY dba AMERICAN ALTERNATIVE INSURANCE COMPANY,<br><br>          Defendants. | Case No. 1:26-CV-00031 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.7(f) of the General Rules of the United States District Court for the District of Nebraska, I, Genesis Guzman, respectfully submit this motion for *pro hac vice* admission to this Court, as counsel for Mesa Underwriters Specialty Insurance Company in the above-captioned matter. I hereby certify that I am admitted to practice before the highest court of the Commonwealth of Massachusetts.

I swear, affirm, or acknowledge that as an officer of the United States District Court for the District of Nebraska I will demean myself faithfully, uprightly, and according to law; and I will support, uphold, and defend the Constitution of the United States of America.

Dated: February 10, 2026                Respectfully submitted,

Attorney for Defendant

MESA UNDERWRITERS SPECIALTY INSURANCE

*/s/ Genesis Guzman*
Genesis Guzman (MA Bar No. 705424)
DAY PITNEY LLP
One Federal Street, 29th Floor
Boston, MA 02110
Telephone:     (617) 345-4600
Facsimile:     (617) 345-4745
gguzman@daypitney.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 10, 2026, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, causing notice of such filing to be served upon all parties registered on the CM/ECF system.

                                        By:    */s/ Genesis Guzman*_____
                                                          Genesis Guzman