## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANE HARRINGTON and MELTECH, INC., | Case No. 8:26-CV-00031 |
| Plaintiffs, | |
| v. | |
| SELECTIVE INSURANCE COMPANY OF AMERICA dba MESA UNDERWRITERS AND MUNICH RE INSURANCE COMPANY dba AMERICAN ALTERNATIVE INSURANCE COMPANY, | |
| Defendants. | |

## DEFENDANT SELECTIVE INSURANCE COMPANY OF AMERICA'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(4), Defendant Selective Insurance Company of America ("Selective"), hereby moves to dismiss the Plaintiffs' Complaint and Jury Demand. As set forth in the accompanying Memorandum of Law, Selective is not the proper party to this dispute. As evidenced by Exhibits A and B attached hereto, Selective is not the underwriting company upon which the Plaintiffs premise their claims. Mesa Underwriters Specialty Insurance Company ("MUSIC") issued the policies under which the Plaintiffs seek coverage. Selective therefore moves under Fed. R. Civ. P 12(b)(4) for insufficient service and Fed. R. Civ. P. 12(b)(6) for failure to state a legally cognizable claim against Selective.

WHEREFORE, Selective respectfully requests that the Court dismiss the

Plaintiffs' Complaint as against Selective.

Respectfully submitted,

SELECTIVE INSURANCE
COMPANY OF AMERICA


Genesis Guzman
Joseph K. Scully
DAY PITNEY LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Telephone:   (860) 275-0100
Facsimile:    (860) 275-0343
jkscully@daypitney.com
gguzman@daypitney.com

March 25, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2026, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, causing notice of such filing to be served upon all parties registered on the CM/ECF system.

By:     */s/ Genesis Guzman*
        Genesis Guzman