UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANE HARRINGTON and MELTECH, INC.,<br><br>Plaintiffs,<br><br>versus,<br><br>MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY ("MUSIC"),<br><br>Defendant. | **Case No. 8:26-cv-00031**<br><br>**PLAINTIFFS' MOTION FOR DECLARATORY JUDGMENT** |

<u>**MOTION FOR DECLARATORY JUDGMENT**</u>

Plaintiffs file this motion for a declaratory judgment pursuant to NRS 25 21,149 and 28 U.S. Code § 2201, seeking an order requiring Defendant to defend Plaintiffs or pay for the costs of Plaintiffs' defense in the case of Jane Doe v. Harrington, et al. (case no.: 7:25-cv-05010-RFR-RCC) pending in this Court, pursuant to the terms of the parties' insurance contracts (ECF Nos. 21-1 and 21-2), and that Plaintiffs be awarded attorney's fees in the above-captioned case.

Respectfully Submitted,

March 30, 2026

By: /s/ *Evan Spencer*

Evan Spencer
Evan Spencer Law, PLLC
305 Broadway, 7th Floor
New York, NY   10007
Tel. 917.547.4665
Evan@EvanSpencerLaw.com

ATTORNEY FOR PLAINTIFFS

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 30th day of March, 2026, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, giving notice to all parties in this action.

*/s/Evan Spencer*
Evan Spencer, Esq.