**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**

|  |  |
|---|---|
| SHANE HARRINGTON and MELTECH, INC., | Case No: 8:26-cv-00031 |
| Plaintiffs, | |
| v. | |
| SELECTIVE INSURANCE COMPANY OF AMERICA dba MESA UNDERWRITERS and MUNICH RE INSURANCE COMPANY dba AMERICAN ALTERNATIVE INSURANCE COMPANY, | |
| Defendants. | |

**MOTION TO WITHDRAW APPEARNCE OF**
**ATTORNEY GENESIS GUZMAN**

Pursuant to NEGen R. 1.3(f) of the local rules for the United States District Court for the District of Nebraska. I, Genesis Guzman, counsel for the Defendant, Selective Insurance Company of America ("Selective") hereby move to withdraw my appearance in this case. There is good cause to grant this motion, as I will no longer be employed by Day Pitney LLP ("Day Pitney") as of April 10, 2026, and Selective continues to be represented by Attorney Joseph K. Scully of Day Pitney. Further, I represent that Selective has received notice of my withdrawal and will be served with a copy of this motion.

WHEREFORE I, Genesis Guzman, respectfully request that the Court grant the withdrawal of my appearance as counsel for Selective.

-2-

Dated: April 6, 2026

Respectfully submitted,

Attorney for Defendant

SELECTIVE INSURANCE COMPANY OF
AMERICA

_____

Genesis Guzman (admitted *pro hac vice*)
DAY PITNEY LLP
One Federal Street, 29th Floor
Boston, MA 02110
Telephone:    (617) 345-4600
Facsimile:    (617) 345-4745
gguzman@daypitney.com

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2026, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, causing notice of such filing to be served upon all parties registered on the CM/ECF system.

By:    */s/ Genesis Guzman*_____
          Genesis Guzman