# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

SHANE HARRINGTON and MELTECH, INC.,

       Plaintiffs,

    v.

SELECTIVE INSURANCE COMPANY OF AMERICA dba MESA UNDERWRITERS and MUNICH RE INSURANCE COMPANY dba AMERICAN ALTERNATIVE INSURANCE COMPANY,

       Defendants.

Case No. 8:26-CV-00031

## <u>MOTION FOR ADMISSION *PRO HAC VICE*</u>

Pursuant to Rule 1.7(e) of the General Rules of the United States District Court for the District of Nebraska, I, Brendan M. Donahue, respectfully submit this motion for *pro hac vice* admission to this Court, appearing on behalf of Selective Insurance Company of America – improperly named in the Complaint as "Selective Insurance Company of America dba Mesa Underwriters" and Mesa Underwriters Specialty Insurance Company.  I hereby certify that I am admitted to practice before the highest courts of the State of Connecticut and Commonwealth of Massachusetts.  I affirm

> That as an officer of the United States District Court for the District of Nebraska I will demean myself faithfully, uprightly, and according to law; and I will support, uphold, and defend the Constitution of the United States of America.

Dated: April 22, 2026

*/s/ Brendan M. Donahue*
Brendan M. Donahue (MA Bar No. 708768)
DAY PITNEY LLP
One Federal Street
Boston, MA 02110
Telephone: (617) 345-4600
bdonahue@daypitney.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 22, 2026, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, causing notice of such filing to be served upon all parties registered on the CM/ECF system.

By:    */s/ Brendan M. Donahue*
       Brendan M. Donahue